UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DERREL NELSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:06-CV-79-MLM |
| | ) |
| ST. LOUIS JUSTICE CENTER, ST. LOUIS | ) |
| JUSTICE CENTER MEDICAL and | ) |
| GENE STUBBLEFIELD, | ) |
| | ) |
| Defendants. | ) |

**ORDER OF DISMISSAL
PURSUANT TO
28 U.S.C. § 1915(e)(2)(B)**

**IT IS HEREBY ORDERED** that plaintiff's complaint is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B).

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith pursuant to 28 U.S.C. § 1915(a)(3).

Dated this 13th day of February, 2006.

_____
**UNITED STATES DISTRICT JUDGE**